# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

BRADLEY SMITH, an indivudal

Plaintiff Pro Se,

vs.

DEBORAH GARCIA,

Defendants.

C.A. NO.

## ORDER GRANTING CONSENT MOTION
## FOR INJUNCTION AND FINAL JUDGMENT

The parties having filed a Consent Motion for Injunction and Final Judgment, and therefore, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The Court finds that Defendant Deborah Garcia ("Defendant") posted false and defamatory statements about Plaintiff Brad Smith ("Plaintiff") on the following webpage(s): https://getoutofdebt.org/86646/reader-raises-concerns-about-financial-rescue-llc-and-success-linkprocessing-llc-by-consumer
https://getoutofdebt.org/46403/my-parents-were-contacted-by-debt-relief-centers-of-america-sharron (the "Defamation").

1. The Defamation is not otherwise protected by the First Amendment.

2. Defendant shall remove the Defamation.

3. If the Defendant cannot remove the Defamation from the Internet, the Plaintiff shall submit this Order to Google, Yahoo, Bing, or any other Internet search engine so that the link can be removed from their search results pursuant to their existing policies concerning de-indexing of defamatory material.

4. Upon entry of this Order, this matter shall be closed.

DATED this _____ day of _____, _____.

_____

**APPROVED AS TO FORM AND CONTENT**

_____
Deborah Garcia
1588 Main Street
Warwick, RI 02893
*Pro Per Defendant*

_____
Brad Smith
2101 Business Center Drive
Irvine, CA 92612
*Pro Per Plaintiff*