UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRADLEY SMITH, an individual, )
)
    Plaintiff Pro Se, )
)
vs. ) Case No. 1:16-cv-00144-S-LDA
)
DEBORAH GARCIA, )
)
    Defendant, )
)
and )
)
MYVESTA FOUNDATION, )
)
    Defendant-Intervenor. )

## THIRD AFFIDAVIT OF PAUL ALAN LEVY

1. My name is Paul Alan Levy. I am lead counsel for intervenor Myvesta Foundation.

2. After the hearing on Myvesta's motion for leave to intervene, I contacted the process server identified on the receipt for the filing fee to ask about where that company received the papers to be served, and how the fees had been paid. I spoke with a man who identified himself as "Jack." Jack told me that he had received the papers from a company. He sent me a copy of an email to which a paper for filing had been attached, as well as an email exchange with that sender. A copy of those emails, from someone named "Gerald Feinstein" with a company called "Annuity Sold," is attached as Exhibit 7 (the numbering is sequential to my previous affidavits).

3. Jack told me that the filing fee had been paid with a check written on his company's account, but that the funds had been paid to **his** company by a check sent by his company's customer. A copy of Jack's email forwarding the check, and of the check, showing that it was written on an account belonging to RIR1984 LLC, is attached as Exhibit 8.

4. Pursuant to the Court's redaction rules, I have blacked out the routing and account numbers from the check included in Exhibit 8. However, I compared the account number on the check with the account number into which Rescue One Financial's payments were to be made to RIR1984, under the search engine optimization contract that is attached to my Supplemental Affidavit as Exhibit 4 (where the numbers are also redacted). The account numbers are identical.

> Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2016.
>
> /s/ Paul Alan Levy
> Paul Alan Levy

**Paul Alan Levy**

**From:** Countrywide Process <c████@gmail.com>
**Sent:** Thursday, November 17, 2016 2:26 PM
**To:** Paul Alan Levy
**Subject:** Fwd: rhode island
**Attachments:** ao440 (1).pdf

---------- Forwarded message ----------
From: **Gerald Feinstein** <████@annuitysold.com>
Date: Mon, Mar 14, 2016 at 11:43 AM
Subject: rhode island
To: Jack Demirchyan ████@gmail.com>


Gerald W. Feinstein
Research Director


ANNUITY
SOLD

C: <u>410.861.7738</u>
D: <u>202.888.7861</u>
F: <u>202.449-8485</u>


--

Countrywide Process, LLC.
5437 Laurel Canyon Blvd. Suite 112
Valley Village, CA. 91607
818 980-7378 Office | 888 900-8312 E-FAX
Process Service | Court Filing | E-Filing | Court Research | Document Recording | Individual Locates
Los Angeles, Orange, Ventura, San Bernardino, Riverside, San Diego and many more


Countrywide Process
A Legal Support Service LLC


Like us on Facebook

Levy Third Affidavit
Exhibit 7

**Proud members of the following professional organizations**





LOCALPROCESSSERVERS
*Local Process Servers at your Fingertips*

NOTE:The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**Paul Alan Levy**

| | |
|---|---|
| From: | ▮▮▮@gmail.com on behalf of CWProcess <▮▮▮@gmail.com> |
| Sent: | Thursday, November 17, 2016 4:23 PM |
| To: | Paul Alan Levy |
| Subject: | Fwd: RHODE ISLAND CASE |
| Attachments: | civil-cover-sheet-rhode-island (1).pdf |

---------- Forwarded message ----------
From: **Gerald Feinstein** <▮▮▮@annuitysold.com>
Date: Thu, Mar 3, 2016 at 7:08 AM
Subject: Re: RHODE ISLAND CASE
To: CWProcess <▮▮▮@gmail.com>

cover sheet attached, will forward summons when given to me

**Gerald Feinstein**



C: 410.861.7738
D: 202.888.7861
F: 202.449-8485

On Thu, Mar 3, 2016 at 10:04 AM, CWProcess <▮▮▮@gmail.com> wrote:
> We are missing the Summons & the civil cover sheet.
>
> Best Regards
> Jack Demirchyan



Countrywide Process, LLC.
5437 Laurel Canyon Blvd. Suite 112
Valley Village, CA. 91607
818 980-7378 Office | 888 900-8312 E-FAX
Process Service | Court Filing | E-Filing | Court Research | Document Recording | Individual Locates
Los Angeles, Orange, Ventura, San Bernardino, Riverside, San Diego and many more
▮▮▮s@gmail.com | countrywideprocess.com

Proud members of the following professional organizations

**Coming this Spring**

1

# Los Angeles County Superior Court E-FILING

   LocalProcessServers

NOTE: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

--

Best Regards
Jack Demirchyan

 

Countrywide Process, LLC.
5437 Laurel Canyon Blvd. Suite 112
Valley Village, CA. 91607
818 980-7378 Office | 888 900-8312 E-FAX
Process Service | Court Filing | E-Filing | Court Research | Document Recording | Individual Locates
Los Angeles, Orange, Ventura, San Bernardino, Riverside, San Diego and many more
@gmail.com | countrywideprocess.com



Proud members of the following professional organizations
# LocalProcessServers

 

*Local Process Servers at your Fingertips*

NOTE: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**Paul Alan Levy**

| | |
|---|---|
| **From:** | Countrywide Process <████████@gmail.com> |
| **Sent:** | Thursday, November 17, 2016 3:18 PM |
| **To:** | Paul Alan Levy |
| **Subject:** | Re: rhode island |
| **Attachments:** | NCC-289285.pdf; CC-289285.pdf; 289285-Conformed Copies.pdf; 289285 - deposit.pdf |

Attached is all we have as far as documents are concerned, as for the filing fee, we paid the filing fee after receiving clients check (also attached)

Not to be rude but this research has taken quite a bit of my time so i hope you take this the wrong way but I hope we are done.

Jack

On Thu, Nov 17, 2016 at 11:42 AM, Paul Alan Levy <plevy@citizen.org> wrote:

> Thanks.
>
> A couple of questions if I may. This is a civil cover sheet. I assume that the same person ALSO provided you with the attached complaint, consent motion and proposed consent order?
>
> The filing fee was paid by check. Did your company deliver a check that someone else gave you for delivery (if so, did you retain a copy of what you were filing)? Or, did YOU write a filing-fee check, using funds paid to your company?
>
> Paul Alan Levy
>
> Public Citizen Litigation Group
>
> 1600 20th Street, NW
>
> Washington, D.C. 20009
>
> (202) 588-7725
>
> http://www.citizen.org/Page.aspx?pid=396
>
> Twitter: @paulalanlevy
>
> Public Citizen Foundation participates in the Combined Federal Campaign with the CFC Code 11168

Levy Third Affidavit
Exhibit 8

818 980-7378 Office | 888 900-8312 E-FAX
Process Service | Court Filing | E-Filing | Court Research | Document Recording | Individual Locates

Los Angeles, Orange, Ventura, San Bernardino, Riverside, San Diego and many more





**Proud members of the following professional organizations**

LOCALPROCESSSERVERS  

*Local Process Servers at your Fingertips*

NOTE: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

--

Countrywide Process, LLC.
5437 Laurel Canyon Blvd. Suite 112
Valley Village, CA. 91607
818 980-7378 Office | 888 900-8312 E-FAX
Process Service | Court Filing | E-Filing | Court Research | Document Recording | Individual Locates
Los Angeles, Orange, Ventura, San Bernardino, Riverside, San Diego and many more





**Proud members of the following professional organizations**



LOCALPROCESSSERVERS
*Local Process Servers at your Fingertips*

NOTE: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

