UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRADLEY SMITH, an individual, )
)
       Plaintiff Pro Se, )
)
vs. ) Case No. 1:16-cv-00144-S-LDA
)
DEBORAH GARCIA, )
)
       Defendant, )
)
and )
)
MYVESTA FOUNDATION, )
)
       Defendant-Intervenor. )

## SECOND AFFIDAVIT OF STEVE RHODE

1. My name is Steve Rhode. I am the founder and owner of Myvesta Foundation, the intervenor in this case.

2. There are several apparent connections between Richart Ruddie and Annuity Sold, the company whose "research director" has been shown to have forwarded papers to Countrywide Process for filing in this case.

3. On the web site of Names.com, a convention held in Las Vegas earlier this year, the listing for Richart Ruddie, https://namescon2016.sched.org/rich90, identifies him with Annuity Sold.

4. I did a reverse IP address lookup for the IP address 192.184.92.206, the server on which I was able to determine that annuitysold.com is located. I found that several other domain names associated with Richart Ruddie are also hosted on that server, including richartruddie.com, webinjaz.info, profiledefenders.co.uk, cooperspicks.com, and einsteinstructuredsettlements.com.

5. The blogger at structuredsettlements.typepad.com has an extensive blog post asserting,

among other things. that Annuity Sold is a "creation of Owings Mills' Rich Ruddie and Ryan Blank of JRR Funding . . .." *Annuity Sold Claims to Be "Licensed to Purchase." It's Baloney,* http://structuredsettlements.typepad.com/structured_settlements_4r/2015/09/annuity-sold-claims-to-be-licensed-to-purchase-its-baloney.html.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2016.

Steve Rhode