UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRADLEY SMITH, an individual, | ) |
| | ) |
| Plaintiff Pro Se, | ) |
| | ) |
| vs. | )   No. 1:16-cv-00144-S-LDA |
| | ) |
| DEBORAH GARCIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| MYVESTA FOUNDATION, | ) |
| | ) |
| Defendant-Intervenor. | ) |

**NOTICE OF RESOLUTION OF CLAIMS
UNDER RHODE ISLAND ANTI-SLAPP STATUTE,
AND MOTION THAT COURT RETAIN JURISDICTION
TO ENFORCE SETTLEMENT AGREEMENT**

The Court's January 31 Order, in addition to vacating the "consent order" in this case and dismissing this action for lack of jurisdiction, directed the parties to file briefs within thirty days addressing the question of what attorney fees and other forms of monetary relief should be awarded for the filing of the complaint and supposed consent papers in this Court, and addressing as well the question of against whom those remedies should be awarded — in other words, who should be held liable for the fraud that was perpetrated on the Court? The Court specified that the parties' briefs were to address possible awards under both the Rhode Island anti-SLAPP (which provides for awards to the defendant) and sanctions under the Court's inherent authority. The anti-SLAPP law requires a court to award the prevailing party "costs[], reasonable attorney's fees [and] compensatory damages," and **allows** the Court to "award punitive damages upon a showing . . . that the . . . claims [made in the case] were frivolous or were brought with an intent to harass the party or otherwise inhibit the party's exercise of its right to petition or free speech."

Defendant-intervenor Myvesta Foundation initiated discovery to various parties, and the result was that Myvesta has been able to settle its claims under the anti-SLAPP statute with Richart Ruddie, the individual who most directly, albeit on behalf of his private clients, caused the complaint and proposed consent order to be filed with this Court last year. Ruddie has agreed to make a restitutionary payment and to take actions, at his own expense, to undo court orders in cases that he caused to be filed for the purpose of obtaining orders to disadvantage Myvesta but without any notice to Myvesta. The parties to the settlement agreement have agreed that the Court should order Ruddie to undertake these restitutionary actions, and should retain jurisdiction to enforce that order if the need arises. Counsel for these parties have agreed on the text of the proposed order.

The settlement agreement and the proposed order are attached.

Respectfully submitted,

/s/ Paul Alan Levy
Paul Alan Levy (DC Bar 946400)
Michael Kirkpatrick

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org


/s/ Jeffrey L. Levy
Jeffrey L. Levy (RI Bar No. 9233)
Charles D. Blackman (RI Bar No. 5522)

Levy & Blackman LLP
Suite 2
469 Angell Street
Providence, Rhode Island 02906
(401) 437-6900
jlevy@levyblackman.com

March 10, 2017                                            Attorneys for Intervenor

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2017, I caused this document and its attached exhibits to be filed using the Court's ECF docketing system. However, because neither Bradley Smith, nor Richart Ruddie, nor the various attorneys representing them and the Ruddie customers, nor the Assistant United States Attorney who is leading the criminal case involving Ruddie, are on the ECF service list for this case, I'll be sending the file-stamped documents to them by email as follows:

| | |
|---|---|
| Joel Hirschhorn<br>Gray \| Robinson<br>Suite 3200<br>333 S.E. 2nd Avenue<br>Miami, Florida 33131<br>(305) 416-6880<br>jhirschhorn@gray-robinson.com<br><br>Counsel for Richart Ruddie | Robby Birnbaum<br>Greenspoon Marder, P.A.<br>Suite 700<br>100 West Cypress Creek Road<br>Fort Lauderdale, FL 33309<br>(954) 491-1120<br>Robby.Birnbaum@gmlaw.com<br><br>Counsel for Financial Rescue LLC |
| Michael L. Mallow<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>(213) 896-6666<br>mmallow@sidley.com<br><br>Counsel for Bradley Smith and Rescue One Financial LLC | Milind Shah<br>United States Attorney's Office<br>50 Kennedy Plaza, 8th Floor<br>Providence, Rhode Island 02906<br>(401) 709-5039<br>milind.shah@usdoj.gov<br><br>Assistant United States Attorney |

                         /s/   Paul Alan Levy
                 Paul Alan Levy (pro hac vice)

                 Public Citizen Litigation Group
                 1600 20th Street NW
                 Washington, D.C. 20009
                 (202) 588-7725
                 plevy@citizen.org