```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
BRADLEY SMITH, an individual,       )
                                    )
        Plaintiff pro se,           )
                                    )
        v.                          )
                                    )   C.A. No. 16-144 S
DEBORAH GARCIA,                     )
                                    )
        Defendant,                  )
                                    )
MYVESTA FOUNDATION,                 )
                                    )
        Defendant-Intervenor.       )
_____)
```

**SANCTIONS ORDER**

The parties have submitted a Consent Motion for Final Judgment (ECF No. 15), a Proposed Order (ECF No. 15-1), and a copy of the Settlement Agreement (ECF No. 15-2). Having reviewed these submissions, the Court adopts the Proposed Order and recites its terms:

In response to the Court's order (Document No. 14) directing the parties to address the amount of attorney fees and other sanctions to be awarded, and addressing the question of what persons should be held responsible for the filing of this lawsuit, intervenor defendant Myvesta Foundation was able to identify Richart Ruddie as the person who caused the lawsuit and the fraudulent consent order to be filed with the Court. Following the issuance of discovery subpoenas to Ruddie, to the

customers on whose behalf he was believed to have presented these papers, and to two attorneys whom Ruddie hired to file two similar lawsuits, Ruddie and some of his companies admitted being responsible for causing this action to be filed in this Court, as well as causing several similar actions to be filed in state courts in Maryland and Florida. Ruddie has agreed that, in addition to paying Myvesta's attorney fees and expenses as well as damages, he will take actions to ensure that the orders that he fraudulently secured from those state courts would be lifted, and he has further agreed that this Court, pursuant to its authority under the Rhode Island anti-SLAPP statute as well as its inherent sanctions power, should order him to take such actions and retain jurisdiction both to see that he meets those obligations and that the former customers on behalf of whom he procured those orders cooperate in the effort to have the orders lifted.

Therefore, **IT IS HEREBY ORDERED** as follows:

Richart Ruddie will promptly take steps to secure the lifting of the orders that he obtained for his customers in <u>Smith v. Levin</u>, 24-C-15-004789 (Maryland Circuit Court for Baltimore City), <u>Financial Rescue LLC v. Smith</u>, No. 15-006119-CI (Florida Circuit Court for Pinellas County), and <u>Rescue 1</u>

<u>Financial LLC v. John Doe</u>, No. CACE-14-024286 (Florida Circuit Court of the Seventeenth Judicial Circuit for Broward County).

The Court will retain jurisdiction to ensure that Richart Ruddie complies with the foregoing order and, if necessary, to issue such orders as may be needed to ensure that the former customers on behalf of whom Richart Ruddie procured those orders cooperate in the effort to have the orders lifted.

The Consent Motion for Final Judgment (ECF No. 15) is GRANTED.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date: April 13, 2017