UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRADLEY SMITH, an individual, ) | |
| ) | |
| Plaintiff Pro Se, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00144-S-LDA |
| ) | |
| DEBORAH GARCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MYVESTA FOUNDATION, ) | |
| ) | |
| Defendant-Intervenor. ) | |

**CERTIFICATE OF SERVICE**

On April 13, 2017, I sent Court's final Sanctions Order (DN 16) to the attorneys representing Bradley Smith, Richart Ruddie, and the former Ruddie customers, by email as follows:

| | |
|---|---|
| Joel Hirschhorn | Robby Birnbaum |
| Gray \| Robinson | Greenspoon Marder, P.A. |
| Suite 3200 | Suite 700 |
| 333 S.E. 2nd Avenue | 100 West Cypress Creek Road |
| Miami, Florida 33131 | Fort Lauderdale, FL 33309 |
| (305) 416-6880 | (954) 491-1120 |
| jhirschhorn@gray-robinson.com | Robby.Birnbaum@gmlaw.com |
| | |
| Counsel for Richart Ruddie | Counsel for Financial Rescue LLC |
| | |
| Michael L. Mallow | Milind Shah |
| Sidley Austin LLP | United States Attorney's Office |
| 555 West Fifth Street | 50 Kennedy Plaza, 8th Floor |
| Los Angeles, California 90013 | Providence, Rhode Island 02906 |
| (213) 896-6666 | (401) 709-5039 |
| mmallow@sidley.com | milind.shah@usdoj.gov |
| | |
| Counsel for Bradley Smith and Rescue One Financial LLC | Assistant United States Attorney |

                                                /s/   Paul Alan Levy
                                          Paul Alan Levy (pro hac vice)

-2-

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

April 14, 2017